UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MIKE SILVO A/K/A JAMES FARLOUGH**　　　　　CIVIL ACTION

versus　　　　　　　　　　　　　　　　　　　　NO. 09-3692

**WARDEN BURL CAIN**　　　　　　　　　　　　SECTION: "C" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Mike Silvo a/k/a James Farlough** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of September, 2009.

UNITED STATES DISTRICT JUDGE